**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Renee GOMEZ, Defendant–Appellant.**

**No. 13–30086.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 18, 2014.*

Filed Feb. 26, 2014.

Timothy John Ohms, Assistant U.S., USSP—Office Of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Richard David Wall, Richard D. Wall, P.S., Spokane, WA, for Defendant–Appellant.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Renee Gomez appeals from the district court's judgment and challenges the 120–month sentence imposed following her jury-trial conviction for drug crimes involving methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846, 856, and 860. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez challenges the district court's denial of safety-valve relief. We review de novo the district court's interpretation of 18 U.S.C. § 3553(f), and we review for clear error its factual determination that a defendant is ineligible for safety-valve relief. *See United States v. Mejia–Pimental,* 477 F.3d 1100, 1103 (9th Cir.2007). Contrary to Gomez's contention, the district court made its own determination, separate from the jury's finding of guilt, that Gomez's safety-valve statement was not truthful. *See United States v. Sherpa,* 110 F.3d 656, 662 (9th Cir.1996). Furthermore, the court's finding was not clearly erroneous. *See United States v. Orm Hieng,* 679 F.3d 1131, 1144–45 (9th Cir.) (upholding denial of safety-valve relief where the defendant denied knowing anything about a marijuana growing operation, but evidence in the record suggested otherwise), *cert. denied,* —— U.S. ——, 133 S.Ct. 775, 184 L.Ed.2d 512 (2012). Therefore, Gomez is not entitled to relief from the statutory mandatory minimum sentence. *See* 18 U.S.C. § 3553(f)(5).

Gomez's motion to take judicial notice is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.